**Maria Del Carmen JIMENEZ–SANCHEZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 04–72563.**

**Agency No. A79–778–319.**

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Filed July 15, 2005.

Kevin A. Bove, Esq., Attorney at Law, Escondido, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Robbin K. Blaya, Esq., Earle B. Wilson, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

MEMORANDUM **

Maria del Carmen Jimenez–Sanchez, a native and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals denying her motion to remand, and affirming an immigration judge's denial of her application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to consider the agency's discretionary determination that Jimenez–Sanchez did not satisfy the exceptional and extremely unusual hardship requirement. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

The voluntary departure period was stayed, and that stay will expire upon issuance of the mandate. *See Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.